■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICHARD STRYZYZ, Appellant.—Judgment, insofar as it imposes sentence, unanimously reversed, on the law, and otherwise judgment affirmed and defendant remanded to Supreme Court, Erie County, for resentencing, in accordance with the same memorandum as in *People v Ralston* (112 AD2d 758). (Appeal from judgment of Supreme Court, Erie County, Ostrowski, J.—grand larceny, second degree.) Present—Dillon, P. J., Hancock, Jr., Doerr, Denman and O'Donnell, JJ.